# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8673 FMO (FFMx) | Date | May 16, 2022 |
|---|---|---|---|
| Title | L'Oreal USA Creative, Inc., et al. v. Maggy Tsui, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):     Attorney Present for Defendant(s):

None Present     None Present

**Proceedings:**   (In Chambers) Order to Show Cause Re: Release of Funds to Plaintiffs' Counsel

On December 22, 2016, the court granted plaintiffs L'Oreal USA Creative, Inc. and L'Oreal USA, Inc.'s ("plaintiffs") motion for a temporary restraining order ("TRO"), and ordered plaintiffs to post a bond in the amount of $1,000. (Dkt. 34, Court's Order of December 22, 2016, at 10-11). The action was closed on May 31, 2017. (Dkt. 83). It appears that, to date, plaintiffs have not requested that the $1,000 bond, plus accrued interest, be released. (See, generally, Dkt).

Accordingly, IT IS ORDERED that the parties shall show cause by no later than **May 23, 2022**, why the bond and accrued interest should not be disbursed to plaintiffs' counsel to oversee and implement the payment of those funds to the appropriate party or parties, with plaintiffs' counsel filing a declaration and proof of payment with the court within 10 days of disbursing payment. Based on publicly available State Bar records, plaintiffs' counsel's present contact information appears to be

David Caplan and Caroline Barbee
Kilpatrick Townsend & Stockton LLP
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Email: dcaplan@kilpatricktownsend.com; cbarbee@kilpatricktownsend.com

Failure to timely or sufficiently respond shall result in the court ordering the bond and accrued interest being disbursed to plaintiffs' counsel.

cc: Fiscal

|  | 00 : 00 |
|---|---|
| | Initials of Preparer   gga |